No. 75–510. Flint Ridge Development Co. *v.* Scenic Rivers Association of Oklahoma et al.; and

No. 75–545. Hills, Secretary of Housing and Urban Development, et al. *v.* Scenic Rivers Association of Oklahoma et al. C. A. 10th Cir. [Certiorari granted, 423 U. S. 1013.] Motion of the Attorney Gen-

eral of California for leave to file an untimely brief as *amicus curiae* granted.